**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DEANNA R. JACKSON**                                                                    **PLAINTIFF**

v.                                   Case No. 4:22-cv-01035-KGB-JJV

**COMMISSIONER,**
**Social Security Administration**                                                       **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 15). No party has filed an objection to the Recommendation, and the time for doing so has passed. After careful consideration, the Court concludes that Judge Volpe's Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*). Accordingly, the Commissioner's decision is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this 27th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge