## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DEANNA R. JACKSON**                                                                    **PLAINTIFF**

**v.**                              **Case No. 4:22-cv-01035-KGB-JJV**

**COMMISSIONER,**
**Social Security Administration**                                                        **DEFENDANT**

## <u>ORDER</u>

Before the Court is plaintiff Deanna Jackson's motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 19).  Jackson seeks $4,851.00 in attorney fees (Dkt. No. 19).  Defendant, Commissioner of Social Security, responded and represents that the Commissioner does not object to an award of attorney's fees in the amount of $4,851.00 (Dkt. No. 21).  After careful consideration of Jackson's fee petition and for good cause shown, the Court awards to Jackson $4,851.00 in attorney's fees to be paid by the Social Security Administration to Jackson, as the litigant and subject to offset to satisfy a pre-existing debt Jackson owes to the United States in accord with *Astrue v. Ratliff*, 560 U.S. 586 (2010).

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge